

## Terms and Conditions
## 2004

### Payment Terms
All sales of Airflow Products Company, Inc. products are Net 30 days. Cash discounts will not be offered for early payment. The due date for payment will be 30 days from the date of invoice, not the date of shipment.

### Past Due Accounts
Accounts with open invoices 30 days beyond the above mentioned terms, (60 days from the date of invoice) must be brought current prior to receiving additional shipments. Accounts with open invoices 60 days beyond the original due date, (90 days from the date of invoice) are subject to revocation of open credit status and are subject to collection proceedings. Where lawful, a maximum penalty or service charge of 1 ½ % per month, (18% per annum) will be assessed. Otherwise the highest lawful rate applies.

### Pricing
Prices are subject to change without prior notice. Price changes are effective on a specific date, therefore all orders received on or after that date will be billed at the revised price.

### Standard Packaging
All products are shipped in full carton quantities, (see list price sheets for standard packaging details).

### Minimum Order Charge
The minimum order size is $100.00, (net of taxes and shipping costs) unless pre-arranged with factory representative.

### Broken Carton Charge
An additional charge of $5.00 per carton will be added to invoice for breaking or splitting of standard packaging.

**Freight Charges**

All orders will be shipped FOB Selma, NC, unless otherwise arranged with factory representative. Prepaid and add shipments will include a 20% handling charge, added to the cost of freight. Every effort will be exercised to utilize the most economical shipping source, as well as to contract with specified carriers on customer purchase orders. Next day or second day air shipments,(Fed-Ex or UPS) will require customer account number for this service.

**Freight Claims**

All shipments should be closely inspected upon receipt by the buyer, for damage and or loss. For protection of the customer, buyer must note any damage, suspected damage or loss on the freight bill at the time of delivery. It is the responsibility of the buyer to make subsequent claims against the delivering carrier.

**Returned Goods**

Products are eligible to be returned for credit, provided the following requirements are met:

*Written authorization, accompanied by an RGA#, must be issued by a factory representative.
*Products may only be returned within 90 days from the original date of the invoice.
*Products must be of standard size and in full case quantities.
*Returned goods must be shipped freight prepaid, or in accordance with terms of the RGA as specified by factory representative.
*Returned goods are subject to a 25% re-stocking charge, to cover the cost of inspection, handling, repackaging, re-labeling, etc.
*Credit for returned goods will be issued within 30 days from the date of above mentioned receipt and inspection of goods.

**Palletizing Charge**

A charge of $15.00 will be added to invoice for palletizing cartons, unless otherwise arranged with factory representative.