EXHIBIT "B1"



airflow products company
**Air⫻FLOW**
INCORPORATED

*100 Oak Tree Drive*
*Selma, NC 27576*

*Remit to:*
*PO Box 890328*
*Charlotte, NC 28289-0328*

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/26/2004 | 5511 |

| Bill To | Ship To |
|---------|---------|
| Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA 01364 | Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA 01364 |

| P.O. Number | Terms | Due Date | Rep | Ship Date | Via | F.O.B. |
|-------------|-------|----------|-----|-----------|-----|--------|
| 0323A1 | Net 30 | 4/25/2004 | Holt | 3/26/2004 | Star Leasing | Prepaid |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 24 | AFP2000-18181 | 18x18x1 Standard capacity pleated filter | 2.22 | 53.28 |
| 108 | AFP2000-16161 | 16x16x1 Standard capacity pleated filter | 2.84 | 306.72 |
| 24 | AFP2000-01199 | 12x12x1 Standard capacity pleated filter | 2.64 | 63.36 |
| 12 | AFP2000-02299 | 16x18x2 Standard capacity pleated filter | 3.44 | 41.28 |
| 24 | AFP2000-D015... | 10 x 48 x 1 Standard capacity pleated filter | 5.64 | 135.36 |
| 12 | AFP2000-01499 | 19.5 x 22 x 1 Standard capacity pleated filter | 3.58 | 42.96 |
| 12 | AFP2000-01399 | 15 x 22 x 1 Standard capacity pleated filter | 2.22 | 26.64 |
| 12 | AFP2000-01399 | 15.5 x 21 x 1 Standard capacity pleated filter | 2.22 | 26.64 |
| 600 | AFP2000-16202 | 16x20x2 Standard capacity pleated filter | 1.74 | 1,044.00 |
| 600 | AFP2000-16252 | 16x25x2 Standard capacity pleated filter | 1.98 | 1,188.00 |
| 600 | AFP2000-20202 | 20x20x2 Standard capacity pleated filter | 1.96 | 1,176.00 |
| 600 | AFP2000-20252 | 20x25x2 Standard capacity pleated filter | 2.24 | 1,344.00 |
| 600 | AFP2000-24242 | 24x24x2 Standard capacity pleated filter | 2.44 | 1,464.00 |
| 240 | AFP2000-16251 | 16x25x1 Standard capacity pleated filter | 1.80 | 432.00 |

| | **Total** | **$7,344.24** |
|--|-----------|---------------|

*THANK YOU FOR YOUR BUSINESS!*

*Past due invoices are subject to a 1-1/2% service charge per month (18% per annum)*

| Phone # | Fax # |
|---------|-------|
| 919-975-0240 | 919-975-0250 |






# Invoice

| Date | Invoice # |
| --- | --- |
| 3/26/2004 | 5453 |

**airflow products company**
**Air FLOW**
INCORPORATED

**100 OAK TREE DRIVE**
**SELMA, NC 27576**

**REMIT TO:**
**PO BOX 890328**
**CHARLOTTE, NC 28289-0328**

| Bill To | Ship To |
| --- | --- |
| Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA 01364 | Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA 01364 |

| P.O. Number | Terms | Due Date | Rep | Ship Date | Via | F.O.B. |
| --- | --- | --- | --- | --- | --- | --- |
| 0317A1 | Net 30 | 4/25/2004 | Holt | 3/26/2004 | Star Leasing | Prepaid |

| Quantity | Item Code | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 8 | AFB395S2430 | 12x24x30 3 pkt 95% UL2 synthetic bag filter | 10.34 | 82.72 |
| 8 | AFB695S4430 | 24x24x30 6 pkt 95% UL2 synthetic bag filter | 15.84 | 126.72 |
| 12 | AFP2000-01399 | 15.5 x 21 x 1 Standard capacity pleated filter | 2.22 | 26.64 |
| 50 | AFP2000-01299 | 8.25 x 27.88 x 1 Standard capacity pleated filter | 2.84 | 142.00 |
| 12 | AFP2000-01399 | 18 x 19 x 1 Standard capacity pleated filter | 3.24 | 38.88 |
| 12 | AFP2000-01399 | 14 x 26 x 1 Standard capacity pleated filter | 3.24 | 38.88 |
| 12 | AFP2000-1824... | 18x24x1 Standard capacity pleated filter, MERV 8 | 2.93 | 35.16 |
| 24 | AFP2000-D013... | 8 x 48 x 1 Standard capacity pleated filter | 5.26 | 126.24 |
| 6 | AFP2000-16244 | 16x24x4 Standard capacity pleated filter | 7.10 | 42.60 |
| 12 | AFP2000-01499 | 19.5 x 22.5 x 1 Standard capacity pleated filter | 2.33 | 27.96 |
| 12 | AFP2000-D027... | 15.75 x 43 x 2 Standard capacity pleated filter | 6.48 | 77.76 |
| 12 | AFP2000-D015... | 16 x 36 x 1 Standard capacity pleated filter | 4.46 | 53.52 |
| 12 | AFP2000-02399 | 16 x 21 x 2 Standard capacity pleated filter | 4.10 | 49.20 |
| 12 | AFP2000-01599 | 22 x 27 x 1 Standard capacity pleated filter | 3.80 | 45.60 |
| 32 | AFB895S4430L | 24 x 24 x 30  8 pkt 95% UL2 synthetic bag filter w / loops | 22.56 | 721.92 |
| 36 | AFP2000-1620... | 16x20x2 Standard capacity pleated filter - MERV 8 | 1.94 | 69.84 |

**Total**

*THANK YOU FOR YOUR BUSINESS!*

*Past due invoices are subject to a 1-1/2% service charge per month (18% per annum)*

| Phone # | Fax # |
| --- | --- |
| 919-975-0240 | 919-975-0250 |

Page 1

**airflow products company**
## AIR FLOW
**INCORPORATED**
*100 OAK TREE DRIVE*
*SELMA, NC 27576*

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/26/2004 | 5453 |

*REMIT TO:*
*PO Box 890328*
*CHARLOTTE, NC 28289-0328*

| Bill To | Ship To |
|---------|---------|
| Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA  01364 | Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA  01364 |

| P.O. Number | Terms | Due Date | Rep | Ship Date | Via | F.O.B. |
|-------------|-------|----------|-----|-----------|-----|--------|
| 0317A1 | Net 30 | 4/25/2004 | Holt | 3/26/2004 | Star Leasing | Prepaid |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 24 | AFP2000-2020... | 20x20x2 Standard capacity pleated filter - MERV 8 | 2.18 | 52.32 |
| 108 | AFP2000-2025... | 20x25x2 Standard capacity pleated filter - MERV 8 | 2.50 | 270.00 |
| 12 | AFP2000-12161 | 12x16x1 Standard capacity pleated filter | 2.64 | 31.68 |
| 12 | AFP3000-20201 | 20x20x1 High capacity pleated filter | 1.96 | 23.52 |
| 36 | AFP3000-20202 | 20x20x2 High capacity pleated filter | 2.31 | 83.16 |
| 12 | AFP3000-20251 | 20x25x1 High capacity pleated filter | 2.14 | 25.68 |
| 48 | AFP3000-20252 | 20x25x2 High capacity pleated filter | 2.58 | 123.84 |
| 12 | AFP2000-01299 | 14 x 18 x 1 Standard capacity pleated filter | 2.08 | 24.96 |
| 36 | AFP2000-D013... | 10 x 38 x 1 Standard capacity pleated filter | 5.26 | 189.36 |
| 48 | AFP2000-D015... | 10 x 48 x 1 Standard capacity pleated filter | 5.64 | 270.72 |
| 12 | AFP2000-D017... | 10 x 60 x 1 Standard capacity pleated filter | 6.46 | 77.52 |
| 96 | AFP2000-D013... | 10 x 36.38 x 1 Standard capacity pleated filter | 5.26 | 504.96 |
| 60 | AFP2000-D013... | 9 x 33.25 x 1 Standard capacity pleated filter | 5.00 | 300.00 |
| 24 | AFP2000-01199 | 9 x 19 x 1 Standard capacity pleated filter | 2.63 | 63.12 |
| 36 | AFP2000-D013... | 9 x 33 x 1 Standard capacity pleated filter | 5.26 | 189.36 |
| 12 | AFP2000-D015... | 9 x 61 x 1 Standard capacity pleated filter | 7.50 | 90.00 |
| 12 | AFP2000-D015... | 9 x 61.5 x 1 Standard capacity pleated filter | 7.50 | 90.00 |
| 12 | AFP2000-14241 | 14x24x1 Standard capacity pleated filter | 3.20 | 38.40 |
| 24 | AFP2000-D015... | 11.5 x 35 x 1 Standard capacity pleated filter | 5.67 | 136.08 |

# Total

*THANK YOU FOR YOUR BUSINESS!*

*Past due invoices are subject to a 1-1/2% service charge per month (18% per annum)*

| Phone # | Fax # |
|---------|-------|
| 919-975-0240 | 919-975-0250 |

Page 2


**airflow products company**
**AirFLOW**
**INCORPORATED**

*100 Oak Tree Drive*
*Selma, NC 27576*

*Remit To:*
*PO Box 890328*
*Charlotte, NC 28289-0328*

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/26/2004 | 5453 |

| Bill To | Ship To |
|---------|---------|
| Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA  01364 | Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA  01364 |

| P.O. Number | Terms | Due Date | Rep | Ship Date | Via | F.O.B. |
|-------------|-------|----------|-----|-----------|-----|--------|
| 0317A1 | Net 30 | 4/25/2004 | Holt | 3/26/2004 | Star Leasing | Prepaid |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 72 | AFP3000-20252 | 20x25x2 High capacity pleated filter | 2.58 | 185.76 |
| 12 | AFP2000-01299 | 10 x 27 x 1 Standard capacity pleated filter | 2.83 | 33.96 |
| 12 | AFP2000-D019... | 21.5 x 45.5 x 1 Standard capacity pleated filter | 7.62 | 91.44 |
| 24 | AFP2000-02199 | 13.63 x 14.63 x 2 Standard capacity pleated filter | 2.91 | 69.84 |
| 12 | AFP3000-16242 | 16x24x2 High capacity pleated filter | 2.28 | 27.36 |
| 12 | AFP2000-D027... | 24 x 32 x 2 Standard capacity pleated filter | 8.24 | 98.88 |
| 36 | AFP3000-12242 | 12x24x2 High capacity pleated filter | 1.82 | 65.52 |
| 120 | AFP3000-24242 | 24x24x2 High capacity pleated filter | 2.80 | 336.00 |
| 12 | AFP3000-20242 | 20x24x2 High capacity pleated filter | 2.52 | 30.24 |
| 4 | AFB395S2430 | 12x24x30 3 pkt 95% UL2 synthetic bag filter | 13.69 | 54.76 |
| 4 | AFB695S4430 | 24x24x30 6 pkt 95% UL2 synthetic bag filter | 15.44 | 61.76 |
| 3 | AFB585S0415 | 20x24x15 5 pkt 85% UL2 synthetic bag filter | 12.15 | 36.45 |
| 1 | AFB385S2415 | 12x24x15 3 pkt 85% UL2 synthetic bag filter | 12.15 | 12.15 |
| 12 | AFP2000-0429... | 15x18x4 Standard capacity pleated filter, MERV 11 | 9.04 | 108.48 |
| 120 | AFP2000-14202 | 14x20x2 Standard capacity pleated filter | 1.72 | 206.40 |
| 60 | AFP2000-20254 | 20x25x4 Standard capacity pleated filter | 3.90 | 234.00 |
| 30 | AFP2000-20204 | 20x20x4 Standard capacity pleated filter | 3.52 | 105.60 |
| 60 | AFP2000-16204 | 16x20x4 Standard capacity pleated filter | 3.16 | 189.60 |
| 120 | AFP2000-16201 | 16x20x1 Standard capacity pleated filter | 1.62 | 194.40 |

## Total

*THANK YOU FOR YOUR BUSINESS!*

*Past due invoices are subject to a 1-1/2% service charge per month (18% per annum)*

| Phone # | Fax # |
|---------|-------|
| 919-975-0240 | 919-975-0250 |

# Air▮▮▮FLOW
**airflow products company**
INCORPORATED

**100 OAK TREE DRIVE**
**SELMA, NC 27576**

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/26/2004 | 5453 |

**REMIT TO:**
**PO BOX 890328**
**CHARLOTTE, NC 28289-0328**

| Bill To | Ship To |
|---------|---------|
| Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA  01364 | Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA  01364 |

| P.O. Number | Terms | Due Date | Rep | Ship Date | Via | F.O.B. |
|-------------|-------|----------|-----|-----------|-----|--------|
| 0317A1 | Net 30 | 4/25/2004 | Holt | 3/26/2004 | Star Leasing | Prepaid |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 120 | AFP2000-16251 | 16x25x1 Standard capacity pleated filter | 1.80 | 216.00 |
| 120 | AFP2000-20201 | 20x20x1 Standard capacity pleated filter | 1.80 | 216.00 |
| 240 | AFP2000-24241 | 24x24x1 Standard capacity pleated filter | 2.33 | 559.20 |
| 120 | AFP2000-16242 | 16x24x2 Standard capacity pleated filter | 2.04 | 244.80 |
| 360 | AFP2000-24242 | 24x24x2 Standard capacity pleated filter | 2.44 | 878.40 |
| 600 | AFP2000-16252 | 16x25x2 Standard capacity pleated filter | 1.98 | 1,188.00 |

| **Total** | **$9,735.32** |
|-----------|---------------|

*THANK YOU FOR YOUR BUSINESS!*

*Past due invoices are subject to a 1-1/2% service charge per month (18% per annum)*

| Phone # | Fax # |
|---------|-------|
| 919-975-0240 | 919-975-0250 |



**airflow products company**
**AirFLOW**
**INCORPORATED**

*100 OAK TREE DRIVE*
*SELMA, NC 27576*

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/6/2004 | 5754 |

*REMIT TO:*
*PO BOX 890328*
*CHARLOTTE, NC 28289-0328*

| Bill To | Ship To |
|---------|---------|
| Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA 01364 | Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA 01364 |

| P.O. Number | Terms | Due Date | Rep | Ship Date | Via | F.O.B. |
|-------------|-------|----------|-----|-----------|-----|--------|
| 0414A1 | Net 30 | 6/5/2004 | Holt | 5/6/2004 | Star Leasing | Prepaid |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 16 | AFB895S4430L | 24 x 24 x 30  8 pkt  95% UL2 synthetic bag filter w / loops | 22.56 | 360.96 |
| 12 | AFP2000-01299 | 11.5 x 20 x 1 Standard capacity pleated filter | 3.16 | 37.92 |
| 24 | AFP2000-01199 | 6 x 16 x 1 Standard capacity pleated filter | 2.93 | 70.32 |
| 24 | AFP2000-01199 | 6.5 x 21.5 x 1 Standard capacity pleated filter | 2.93 | 70.32 |
| 24 | AFP2000-01199 | 6.5 x 16.5 x 1 Standard capacity pleated filter | 2.93 | 70.32 |
| 24 | AFP2000-01199 | 11.5 x 11.5 x 1 Standard capacity pleated filter | 2.93 | 70.32 |
| 120 | AFP3000-20204 | 20x20x4 High capacity pleated filter | 4.02 | 482.40 |
| 12 | AFP2000-01399 | 19 x 20 x 1 Standard capacity pleated filter | 3.56 | 42.72 |
| 12 | AFP2000-02299 | 16 x 18 x 2 Standard capacity pleated filter | 3.82 | 45.84 |
| 12 | AFP2000-01499 | 16 x 30 x 1 Standard capacity pleated filter | 4.02 | 48.24 |
| 96 | AFB695S4430 | 24x24x30 6 pkt 95% UL2 synthetic bag filter | 15.84 | 1,520.64 |
| 12 | AFP2000-D013... | 5.5 x 42.13 x 1 Standard capacity pleated filter | 5.80 | 69.60 |
| 12 | AFP2000-D013... | 5.5 x 61.13 x 1 Standard capacity pleated filter | 5.80 | 69.60 |
| 12 | AFP2000-01199 | 8.88 x 19.13 x 1 Standard capacity pleated filter | 2.93 | 35.16 |
| 12 | AFP2000-01299 | 8.88 x 24.13 x 1 Standard capacity pleated filter | 3.16 | 37.92 |
| 12 | AFP2000-D013... | 8.88 x 33.63 x 1 Standard capacity pleated filter | 5.80 | 69.60 |
| 12 | AFP2000-D013... | 8.88 x 42.13 x 1 Standard capacity pleated filter | 5.80 | 69.60 |
| 12 | AFP2000-D015... | 8.88 x 61.13 x 1 Standard capacity pleated filter | 6.27 | 75.24 |
| 24 | AFP2000-D019... | 13.38 x 65.5 x 1 Standard capacity pleated filter | 7.93 | 190.32 |
| 36 | AFP2000-D011... | 13.38 x 77.5 x 1 Standard capacity pleated filter | 8.44 | 303.84 |

# Total

*THANK YOU FOR YOUR BUSINESS!*

*Past due invoices are subject to a 1-1/2% service charge per month (18% per annum)*

| Phone # | Fax # |
|---------|-------|
| 919-975-0240 | 919-975-0250 |

Page 1



**airflow products company**
**AIR FLOW**
**INCORPORATED**

*100 OAK TREE DRIVE*
*SELMA, NC 27576*

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/6/2004 | 5754 |

*REMIT TO:*
*PO BOX 890328*
*CHARLOTTE, NC 28289-0328*

| Bill To | Ship To |
|---------|---------|
| Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA  01364 | Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA  01364 |

| P.O. Number | Terms | Due Date | Rep | Ship Date | Via | F.O.B. |
|-------------|-------|----------|-----|-----------|-----|--------|
| 0414A1 | Net 30 | 6/5/2004 | Holt | 5/6/2004 | Star Leasing | Prepaid |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 12 | AFP2000-D011... | 15.25 x 77.5 x 1 Standard capacity pleated filter | 8.44 | 101.28 |
| 2 | AFP95S-0412 | 20x24x12 95% Ul2 synthetic rigid box filter | 33.39 | 66.78 |
| 20 | AFB685S4430 | 24x24x30 6 pkt 85% UL2 synthetic bag filter | 15.44 | 308.80 |
| 14 | AFB385S2430 | 12x24x30 3 pkt 85% UL2 synthetic bag filter | 10.01 | 140.14 |
| 6 | AFB685S4418 | 24x24x18 6 pkt 85% UL2 synthetic bag filter | 12.99 | 77.94 |
| 6 | AFB385S2418 | 12x24x18 3 pkt 85% UL2 synthetic bag filter | 8.26 | 49.56 |
| 36 | AFP3000-16242 | 16x24x2 High capacity pleated filter | 2.28 | 82.08 |
| 12 | AFP3000-16241 | 16x24x1 High capacity pleated filter | 1.90 | 22.80 |
| 12 | AFP3000-16202 | 16x20x2 High capacity pleated filter | 1.94 | 23.28 |
| 12 | AFP3000-01199 | 12 x 12 x 1 High capacity pleated filter | 3.51 | 42.12 |
| 12 | AFP3000-16201 | 16x20x1 High capacity pleated filter | 1.72 | 20.64 |
| 24 | AFP2000-1824... | 18x24x1 Standard capacity pleated filter, MERV 8 | 2.20 | 52.80 |
| 108 | AFP2000-01299 | 8.75 x 24.88 x 1 Standard capacity pleated filter | 3.16 | 341.28 |
| 12 | AFP2000-D017... | 10 x 60 x 1 Standard capacity pleated filter | 7.18 | 86.16 |
| 60 | AFP2000-D015... | 10 x 48 x 1 Standard capacity pleated filter | 6.27 | 376.20 |
| 12 | AFP2000-D017... | 10 x 60 x 1 Standard capacity pleated filter | 7.18 | 86.16 |
| 12 | AFP2000-D019... | 13.38 x 65.5 x 1 Standard capacity pleated filter | 7.93 | 95.16 |
| 12 | AFP2000-D019... | 13 x 65 x 1 Standard capacity pleated filter | 7.93 | 95.16 |
| 12 | AFP2000-01299 | 8 x 28 x 1 Standard capacity pleated filter | 3.16 | 37.92 |
| 24 | AFP2000-02199 | 6 x 12 x 2 Standard capacity pleated filter | 3.22 | 77.28 |

| Total |
|-------|

| Phone # | Fax # |
|---------|-------|
| 919-975-0240 | 919-975-0250 |

*THANK YOU FOR YOUR BUSINESS!*

*Past due invoices are subject to a 1-1/2% service charge per month (18% per annum)*



**airflow products company**
**AIR║║FLOW**
**INCORPORATED**

# Invoice

**100 OAK TREE DRIVE**
**SELMA, NC 27576**

| Date | Invoice # |
|------|-----------|
| 5/6/2004 | 5754 |

**REMIT TO:**
**PO BOX 890328**
**CHARLOTTE, NC 28289-0328**

| Bill To | Ship To |
|---------|---------|
| Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA  01364 | Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA  01364 |

| P.O. Number | Terms | Due Date | Rep | Ship Date | Via | F.O.B. |
|-------------|-------|----------|-----|-----------|-----|--------|
| 0414A1 | Net 30 | 6/5/2004 | Holt | 5/6/2004 | Star Leasing | Prepaid |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 12 | AFP2000-01199 | 11.5 x 11.5 x 1 Standard capacity pleated filter | 2.93 | 35.16 |
| 12 | AFP2000-01399 | 12 x 30 x 1 Standard capacity pleated filter | 3.56 | 42.72 |
| 24 | AFP2000-01199 | 14 x 14 x 1 Standard capacity pleated filter | 2.93 | 70.32 |
| 12 | AFP2000-01399 | 15 x 25 x 1 Standard capacity pleated filter | 3.56 | 42.72 |
| 12 | AFP2000-16241 | 16x24x1 Standard capacity pleated filter | 1.82 | 21.84 |
| 12 | AFP2000-25251 | 25x25x1 Standard capacity pleated filter | 2.42 | 29.04 |
| 12 | AFP2000-20301 | 20x30x1 Standard capacity pleated filter | 4.42 | 53.04 |
| 12 | AFP2000-01499 | 21 x 21 x 1 Standard capacity pleated filter | 4.02 | 48.24 |
| 12 | AFP2000-24302 | 24x30x2 Standard capacity pleated filter | 5.76 | 69.12 |
| 12 | AFP2000-01499 | 14 x 30 x 1 Standard capacity pleated filter | 4.02 | 48.24 |
| 22 | AFB695S4415 | 24x24x15 6 pkt 95% UL2 synthetic bag filter | 11.91 | 262.02 |
| 2 | AFB395S2415 | 12x24x15 3 pkt 95% UL2 synthetic bag filter | 7.56 | 15.12 |
| 20 | AFP2000-D013... | 10 x 36.5 x 1 Standard capacity pleated filter | 5.80 | 116.00 |
| 6 | AFP2000-04199 | 12 x 15 x 4 Standard capacity pleated filter | 5.56 | 33.36 |
| 44 | AFP2000-D015... | 10 x 48.5 x 1 Standard capacity pleated filter | 6.27 | 275.88 |
| 12 | AFP2000-D017... | 10 x 60.5 x 1 Standard capacity pleated filter | 7.18 | 86.16 |
| 12 | AFP2000-D017... | 15 x 41.5 x 1 Standard capacity pleated filter | 7.18 | 86.16 |
| 12 | AFP2000-D019... | 15 x 53.5 x 1 Standard capacity pleated filter | 7.93 | 95.16 |
| 12 | AFP2000-D011... | 15 x 77.5 x 1 Standard capacity pleated filter | 8.44 | 101.28 |
| 12 | AFP2000-D011... | 13.5 x 77.5 x 1 Standard capacity pleated filter | 8.44 | 101.28 |
| 12 | AFP2000-D019... | 13.5 x 65.5 x 1 Standard capacity pleated filter | 7.93 | 95.16 |

**Total**

*THANK YOU FOR YOUR BUSINESS!*

*Past due invoices are subject to a 1-1/2% service charge per month (18% per annum)*

| Phone # | Fax # |
|---------|-------|
| 919-975-0240 | 919-975-0250 |



**Invoice**

100 Oak Tree Drive
Selma, NC 27576

| Date | Invoice # |
|------|-----------|
| 5/6/2004 | 5754 |

Remit To:
PO Box 890328
Charlotte, NC 28289-0328

| Bill To | Ship To |
|---------|---------|
| Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA 01364 | Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA 01364 |

| P.O. Number | Terms | Due Date | Rep | Ship Date | Via | F.O.B. |
|-------------|-------|----------|-----|-----------|-----|--------|
| 0414A1 | Net 30 | 6/5/2004 | Holt | 5/6/2004 | Star Leasing | Prepaid |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 12 | AFP2000-D015... | 13.5 x 41.5 x 1 Standard capacity pleated filter | 6.27 | 75.24 |
| 12 | AFP2000-D017... | 13.5 x 53.5 x 1 Standard capacity pleated filter | 7.18 | 86.16 |
| 24 | AFP2000-20301 | 20x30x1 Standard capacity pleated filter | 4.42 | 106.08 |
| 36 | AFP2000-01499 | 16 x 30 x 1 Standard capacity pleated filter | 4.02 | 144.72 |
| 12 | AFP2000-16241 | 16x24x1 Standard capacity pleated filter | 1.82 | 21.84 |
| 36 | AFP2000-01299 | 9 x 27 x 1 Standard capacity pleated filter | 3.16 | 113.76 |
| 24 | AFP2000-16241 | 16x24x1 Standard capacity pleated filter | 1.82 | 43.68 |
| 12 | AFP2000-D015... | 11 x 46 x 1 Standard capacity pleated filter | 6.27 | 75.24 |
| 120 | AFP2000-18241 | 18x24x1 Standard capacity pleated filter | 1.98 | 237.60 |
| 60 | AFP2000-10201 | 10x20x1 Standard capacity pleated filter | 1.38 | 82.80 |
| 36 | AFP2000-10101 | 10x10x1 Standard capacity pleated filter | 1.20 | 43.20 |
| 120 | AFP2000-20204 | 20x20x4 Standard capacity pleated filter | 3.52 | 422.40 |
| 120 | AFP2000-16201 | 16x20x1 Standard capacity pleated filter | 1.62 | 194.40 |
| 120 | AFP2000-16251 | 16x25x1 Standard capacity pleated filter | 1.80 | 216.00 |
| 120 | AFP2000-20201 | 20x20x1 Standard capacity pleated filter | 1.80 | 216.00 |
| 240 | AFP2000-20251 | 20x25x1 Standard capacity pleated filter | 2.00 | 480.00 |
| 960 | AFP2000-24242 | 24x24x2 Standard capacity pleated filter | 2.44 | 2,342.40 |
| 360 | AFP2000-20252 | 20x25x2 Standard capacity pleated filter | 2.24 | 806.40 |
| 960 | AFP2000-20202 | 20x20x2 Standard capacity pleated filter | 1.96 | 1,881.60 |
| 960 | AFP2000-16252 | 16x25x2 Standard capacity pleated filter | 1.98 | 1,900.80 |
| 960 | AFP2000-16202 | 16x20x2 Standard capacity pleated filter | 1.74 | 1,670.40 |

**Total**

*THANK YOU FOR YOUR BUSINESS!*

*Past due invoices are subject to a 1-1/2% service charge per month (18% per annum)*

| Phone # | Fax # |
|---------|-------|
| 919-975-0240 | 919-975-0250 |

Page 4



# Invoice

**100 OAK TREE DRIVE**
**SELMA, NC 27576**

**REMIT TO:**
**PO BOX 890328**
**CHARLOTTE, NC 28289-0328**

| Date | Invoice # |
|------|-----------|
| 5/6/2004 | 5754 |

| Bill To | Ship To |
|---------|---------|
| Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA  01364 | Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA  01364 |

| P.O. Number | Terms | Due Date | Rep | Ship Date | Via | F.O.B. |
|-------------|-------|----------|-----|-----------|-----|--------|
| 0414A1 | Net 30 | 6/5/2004 | Holt | 5/6/2004 | Star Leasing | Prepaid |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 240 | AFP2000-12242 | 12x24x2 Standard capacity pleated filter | 1.62 | 388.80 |
| 198 | AFP2000-16254 | 16x25x4 Standard capacity pleated filter | 3.56 | 704.88 |
| 75 | AFB865S4415 | 24x24x15 8 pkt 65% UL2 synthetic bag filter | 10.82 | 811.50 |
| 45 | AFB465S2415 | 12x24x15 4 pkt 65% UL2 synthetic bag filter | 7.41 | 333.45 |
| 6 | AFP2000-04399 | 18 x 19.75 x 4 Standard capacity pleated filter | 7.89 | 47.34 |
| 6 | AFP2000-04299 | 12 x 19.75 x 4 Standard Capacity Pleated filter | 6.67 | 40.02 |

| **Total** | $21,139.15 |
|-----------|------------|

*THANK YOU FOR YOUR BUSINESS!*

*Past due invoices are subject to a 1-1/2% service charge per month (18% per annum)*

| Phone # | Fax # |
|---------|-------|
| 919-975-0240 | 919-975-0250 |


**airflow products company**
*Air FLOW*
INCORPORATED

*100 OAK TREE DRIVE*
*SELMA, NC 27576*

**REMIT TO:**
**PO BOX 890328**
**CHARLOTTE, NC 28289-0328**

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/18/2004 | 6090 |

| Bill To | Ship To |
|---------|---------|
| Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA  01364 | Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA  01364 |

| P.O. Number | Terms | Due Date | Rep | Ship Date | Via | F.O.B. |
|-------------|-------|----------|-----|-----------|-----|--------|
| 0514A5 | Net 30 | 6/17/2004 | Holt | 5/18/2004 | Hawley | Prepaid |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 124 | AFB865S4415 | 24x24x15 8 pkt 65% UL2 synthetic bag filter | 11.29 | 1,399.96 |
| 96 | AFB465S2415 | 12x24x15 4 pkt 65% UL2 synthetic bag filter | 7.63 | 732.48 |
| 120 | AFP2000-24242 | 24x24x2 Standard capacity pleated filter | 2.44 | 292.80 |
| 180 | AFP2000-20202 | 20x20x2 Standard capacity pleated filter | 1.96 | 352.80 |
| 180 | AFP2000-16252 | 16x25x2 Standard capacity pleated filter | 1.98 | 356.40 |
| 156 | AFP2000-16202 | 16x20x2 Standard capacity pleated filter | 1.74 | 271.44 |
| 40 | AFP65S-4412 | 24x24x12 65% UL2 synthetic rigid box filter | 31.67 | 1,266.80 |

| **Total** | **$4,672.68** |
|-----------|---------------|

*THANK YOU FOR YOUR BUSINESS!*

*Past due invoices are subject to a 1-1/2% service charge per month (18% per annum)*

| Phone # | Fax # |
|---------|-------|
| 919-975-0240 | 919-975-0250 |



**Airflow products company**
**AIR▐▐▐FLOW**
INCORPORATED

*100 OAK TREE DRIVE*
*SELMA, NC 27576*

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/18/2004 | 6073 |

*REMIT TO:*
*PO Box 890328*
*CHARLOTTE, NC 28289-0328*

| Bill To | Ship To |
|---------|---------|
| Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA 01364 | Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA 01364 |

| P.O. Number | Terms | Due Date | Rep | Ship Date | Via | F.O.B. |
|-------------|-------|----------|-----|-----------|-----|--------|
| 0513A1 | Net 30 | 6/17/2004 | Holt | 5/18/2004 | Hawley | Prepaid |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 240 | AFP2000-24244 | 24x24x4 Standard capacity pleated filter | 4.56 | 1,094.40 |
| 120 | AFP2000-14252 | 14x25x2 Standard capacity pleated filter | 1.92 | 230.40 |
| 36 | AFP2000-10201 | 10x20x1 Standard capacity pleated filter | 1.38 | 49.68 |
| 48 | AFP2000-10101 | 10x10x1 Standard capacity pleated filter | 1.20 | 57.60 |
| 240 | AFP2000-14201 | 14x20x1 Standard capacity pleated filter | 1.66 | 398.40 |
| 240 | AFP2000-14251 | 14x25x1 Standard capacity pleated filter | 1.82 | 436.80 |
| 72 | AFP2000-20244 | 20x24x4 Standard capacity pleated filter | 3.66 | 263.52 |
| 120 | AFP2000-20251 | 20x25x1 Standard capacity pleated filter | 2.00 | 240.00 |
| 120 | AFP2000-20201 | 20x20x1 Standard capacity pleated filter | 1.80 | 216.00 |
| 120 | AFP2000-16251 | 16x25x1 Standard capacity pleated filter | 1.80 | 216.00 |
| 600 | AFP2000-24242 | 24x24x2 Standard capacity pleated filter | 2.44 | 1,464.00 |
| 600 | AFP2000-20252 | 20x25x2 Standard capacity pleated filter | 2.24 | 1,344.00 |
| 960 | AFP2000-20202 | 20x20x2 Standard capacity pleated filter | 1.96 | 1,881.60 |
| 960 | AFP2000-16252 | 16x25x2 Standard capacity pleated filter | 1.98 | 1,900.80 |
| 960 | AFP2000-16202 | 16x20x2 Standard capacity pleated filter | 1.74 | 1,670.40 |
| 60 | AFP2000-15202 | 15x20x2 Standard capacity pleated filter | 1.76 | 105.60 |
| 120 | AFP2000-18242 | 18x24x2 Standard capacity pleated filter | 2.12 | 254.40 |
| 20 | AFP95S-4412 | 24x24x12 95% UL2 synthetic rigid box filter | 32.44 | 648.80 |
| 10 | AFP95S-2412 | 12x24x12 95% UL2 synthetic rigid box filter | 24.56 | 245.60 |
| 30 | AFV95-4412 | 24x24x12 95% UL2 extended surface V cell filter | 70.00 | 2,100.00 |

**Total**

*THANK YOU FOR YOUR BUSINESS!*

*Past due invoices are subject to a 1-1/2% service charge per month (18% per annum)*

| Phone # | Fax # |
|---------|-------|
| 919-975-0240 | 919-975-0250 |



**airflow products company**
**Air⫶FLOW**
**INCORPORATED**

*100 OAK TREE DRIVE*
*SELMA, NC 27576*

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/18/2004 | 6073 |

| REMIT TO: |
| --- |
| *PO BOX 890328* |
| *CHARLOTTE, NC 28289-0328* |

| Bill To |
| --- |
| Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA  01364 |

| Ship To |
| --- |
| Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA  01364 |

| P.O. Number | Terms | Due Date | Rep | Ship Date | Via | F.O.B. |
|-------------|-------|----------|-----|-----------|-----|--------|
| 0513A1 | Net 30 | 6/17/2004 | Holt | 5/18/2004 | Hawley | Prepaid |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10 | AFV95-2412 | 12x24x12 95% UL2 extended surface V cell filter | 50.06 | 500.60 |

| Total | $15,318.60 |
| --- | --- |

*THANK YOU FOR YOUR BUSINESS!*

*Past due invoices are subject to a 1-1/2% service charge per month (18% per annum)*

| Phone # | Fax # |
|---------|-------|
| 919-975-0240 | 919-975-0250 |



# AirFLOW INCORPORATED

*airflow products company*

# Invoice

**100 OAK TREE DRIVE**
**SELMA, NC 27576**

| Date | Invoice # |
|------|-----------|
| 5/25/2004 | 6197 |

**REMIT TO:**
**PO BOX 890328**
**CHARLOTTE, NC 28289-0328**

| Bill To | Ship To |
|---------|---------|
| Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA  01364 | Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA  01364 |

| P.O. Number | Terms | Due Date | Rep | Ship Date | Via | F.O.B. |
|-------------|-------|----------|-----|-----------|-----|--------|
| 0524A1 | Net 30 | 6/24/2004 | Holt | 5/25/2004 | Hawley | Prepaid |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 12 | AFP2000-12241 | 12x24x1 Standard capacity pleated filter | 1.67 | 20.04 |
| 12 | AFP2000-12251 | 12x25x1 Standard capacity pleated filter | 3.24 | 38.88 |
| 12 | AFP2000-01699 | 24 x 25 x 1 Standard capacity pleated filter | 3.99 | 47.88 |
| 24 | AFP3000-24244 | 24x24x4 High capacity pleated filter | 4.88 | 117.12 |
| 6 | AFB885S4426 | 24x24x26 8 pkt 85% UL2 synthetic bag filter | 24.54 | 147.24 |
| 4 | AFB685S0415 | 20x24x15 6 pkt 85% UL2 synthetic bag filter | 17.08 | 68.32 |
| 4 | AFB1085S4415 | 24x24x15 10 pkt 85% UL2 synthetic bag filter | 16.03 | 64.12 |
| 9 | AFB695S4436 | 24x24x36 6 pkt 95% UL2 synthetic bag filter | 17.15 | 154.35 |
| 36 | AFP3000-04399 | 17.5 x 17.5 x 4 High capacity pleated filter | 7.81 | 281.16 |
| 24 | AFP2000-04299 | 16 x 16 x 4 Standard Capacity Pleated filter | 6.00 | 144.00 |
| 80 | AFB895S4430L | 24 x 24 x 30  8 pkt  95% UL2 synthetic bag<br>filter w / loops | 22.56 | 1,804.80 |
| 12 | AFP2000-01599 | 19 x 27 x 1 Standard capacity pleated filter | 3.80 | 45.60 |
| 48 | AFP2000-02399 | 18 x 18 x 2 Standard capacity pleated filter | 4.12 | 197.76 |
| 36 | AFP2000-18244 | 18x24x4 Standard capacity pleated filter | 4.07 | 146.52 |
| 48 | AFP2000-02399 | 18 x 18 x 2 Standard capacity pleated filter | 4.12 | 197.76 |
| 12 | AFP2000-D025... | 16 x 36 x 2 Standard capacity pleated filter | 4.72 | 56.64 |
| 12 | AFP2000-01499 | 21.25 x 21.25 x 1 (EXACT) Standard capacity<br>pleated filter | 3.58 | 42.96 |
| 24 | AFP2000-01199 | 10 x 12 x 1 Standard capacity pleated filter | 2.39 | 57.36 |
| 24 | AFP2000-18181 | 18x18x1 Standard capacity pleated filter | 2.22 | 53.28 |

| **Total** |
|-----------|

*THANK YOU FOR YOUR BUSINESS!*

*Past due invoices are subject to a 1-1/2% service charge per*
*month (18% per annum)*

| Phone # | Fax # |
|---------|-------|
| 919-975-0240 | 919-975-0250 |



# Invoice

| Date | Invoice # |
|------|-----------|
| 5/25/2004 | 6197 |

**100 Oak Tree Drive**
**Selma, NC 27576**

**Remit to:**
**PO Box 890328**
**Charlotte, NC 28289-0328**

| Bill To | Ship To |
|---------|---------|
| Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA 01364 | Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA 01364 |

| P.O. Number | Terms | Due Date | Rep | Ship Date | Via | F.O.B. |
|-------------|-------|----------|-----|-----------|-----|--------|
| 0524A1 | Net 30 | 6/24/2004 | Holt | 5/25/2004 | Hawley | Prepaid |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 12 | AFP2000-D015... | 14 x 32.75 x 1 Standard capacity pleated filter | 5.67 | 68.04 |
| 48 | AFP2000-D011... | 13.5 x 77.25 x 1 Standard capacity pleated filter | 9.72 | 466.56 |
| 12 | AFP2000-D029... | 30 x 30 x 2 Standard capacity pleated filter | 7.14 | 85.68 |
| 24 | AFP2000-20301 | 20x30x1 Standard capacity pleated filter | 3.98 | 95.52 |
| 48 | AFP3000-20202 | 20x20x2 High capacity pleated filter | 2.31 | 110.88 |
| 10 | AFB695S4422 | 24x24x22 6 pkt 95% UL2 synthetic bag filter | 14.34 | 143.40 |
| 48 | AFP2000-01499 | 20 x 22 x 1 Standard capacity pleated filter | 3.44 | 165.12 |
| 36 | AFP2000-18201 | 18x20x1 Standard capacity pleated filter | 3.04 | 109.44 |
| 12 | AFP2000-14241 | 14x24x1 Standard capacity pleated filter | 3.20 | 38.40 |
| 24 | AFP2000-01499 | 21 x 21 x 1 Standard capacity pleated filter | 3.62 | 86.88 |
| 24 | AFP2000-01699 | 24 x 25 x 1 Standard capacity pleated filter | 3.99 | 95.76 |
| 12 | AFP2000-01499 | 14 x 30 x 1 Standard capacity pleated filter | 3.62 | 43.44 |
| 16 | AFP2000-D027... | 15.75 x 43 x 2 Standard capacity pleated filter | 6.48 | 103.68 |
| 36 | AFP2000-01299 | 10 x 24 x 1 Standard capacity pleated filter | 2.84 | 102.24 |
| 120 | AFP2000-16242 | 16x24x2 Standard capacity pleated filter | 2.04 | 244.80 |
| 1,200 | AFP2000-24242 | 24x24x2 Standard capacity pleated filter | 2.44 | 2,928.00 |
| 120 | AFP2000-16201 | 16x20x1 Standard capacity pleated filter | 1.62 | 194.40 |
| 60 | AFP2000-20254 | 20x25x4 Standard capacity pleated filter | 3.90 | 234.00 |
| 60 | AFP2000-16254 | 16x25x4 Standard capacity pleated filter | 3.56 | 213.60 |
| 120 | AFP2000-20204 | 20x20x4 Standard capacity pleated filter | 3.52 | 422.40 |

**Total**

*THANK YOU FOR YOUR BUSINESS!*

*Past due invoices are subject to a 1-1/2% service charge per month (18% per annum)*

| Phone # | Fax # |
|---------|-------|
| 919-975-0240 | 919-975-0250 |



# Invoice

| Date | Invoice # |
|------|-----------|
| 5/25/2004 | 6197 |

**AIRFLOW** INCORPORATED
airflow products company
**100 OAK TREE DRIVE**
**SELMA, NC 27576**

**REMIT TO:**
**PO BOX 890328**
**CHARLOTTE, NC 28289-0328**

| Bill To | Ship To |
|---------|---------|
| Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA 01364 | Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA 01364 |

| P.O. Number | Terms | Due Date | Rep | Ship Date | Via | F.O.B. |
|-------------|-------|----------|-----|-----------|-----|--------|
| 0524A1 | Net 30 | 6/24/2004 | Holt | 5/25/2004 | Hawley | Prepaid |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 120 | AFP3000-24242 | 24x24x2 High capacity pleated filter | 2.80 | 336.00 |
| 60 | AFP2000-16242 | 16x24x2 Standard capacity pleated filter | 2.04 | 122.40 |
| 120 | AFP2000-20242 | 20x24x2 Standard capacity pleated filter | 2.20 | 264.00 |
| 12 | AFP2000-16162 | 16x16x2 Standard capacity pleated filter | 3.44 | 41.28 |
| 6 | AFB685S0021 | 20x20x21 6 pkt 85% UL2 synthetic bag filter | 16.00 | 96.00 |
| 10 | AFB885S4422 | 24x24x22 8 pkt 85% UL2 synthetic bag filter | 15.05 | 150.50 |
| 12 | AFP2000-D027... | 19.5 x 31.25 x 2 Standard capacity pleated filter | 7.81 | 93.72 |
| 24 | AFP2000-02599 | 19.5 x 26 x 2 Standard capacity pleated filter | 4.47 | 107.28 |
| 360 | AFP2000-20202 | 20x20x2 Standard capacity pleated filter | 1.96 | 705.60 |
| 360 | AFP2000-16202 | 16x20x2 Standard capacity pleated filter | 1.74 | 626.40 |

**Total** $12,181.21

*THANK YOU FOR YOUR BUSINESS!*

*Past due invoices are subject to a 1-1/2% service charge per month (18% per annum)*

| Phone # | Fax # |
|---------|-------|
| 919-975-0240 | 919-975-0250 |

Page 3



**air-flow products company**
**AIR///FLOW**
INCORPORATED

*100 OAK TREE DRIVE*
*SELMA, NC  27576*

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/25/2004 | 6203 |

*REMIT TO:*
*PO BOX 890328*
*CHARLOTTE, NC  28289-0328*

| Bill To | Ship To |
|---------|---------|
| Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA  01364 | Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA  01364 |

| P.O. Number | Terms | Due Date | Rep | Ship Date | Via | F.O.B. |
|-------------|-------|----------|-----|-----------|-----|--------|
| 0524A2 | Net 30 | 6/24/2004 | Holt | 5/25/2004 | Hawley | Prepaid |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 600 | AFP2000-24242 | 24x24x2 Standard capacity pleated filter | 2.44 | 1,464.00 |
| 600 | AFP2000-20252 | 20x25x2 Standard capacity pleated filter | 2.24 | 1,344.00 |
| 444 | AFP2000-20202 | 20x20x2 Standard capacity pleated filter | 1.96 | 870.24 |
| 600 | AFP2000-16252 | 16x25x2 Standard capacity pleated filter | 1.98 | 1,188.00 |
| 516 | AFP2000-16202 | 16x20x2 Standard capacity pleated filter | 1.74 | 897.84 |

| **Total** | $5,764.08 |
|-----------|-----------|

*THANK YOU FOR YOUR BUSINESS!*

*Past due invoices are subject to a 1-1/2% service charge per month (18% per annum)*

| Phone # | Fax # |
|---------|-------|
| 919-975-0240 | 919-975-0250 |

EXHIBIT "B8"



# Invoice

**100 OAK TREE DRIVE**
**SELMA, NC 27576**

| Date | Invoice # |
|------|-----------|
| 6/8/2004 | 6330 |

**REMIT TO:**
**PO BOX 890328**
**CHARLOTTE, NC 28289-0328**

| Bill To | Ship To |
|---------|---------|
| Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA 01364 | Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA 01364 |

| P.O. Number | Terms | Due Date | Rep | Ship Date | Via | F.O.B. |
|-------------|-------|----------|-----|-----------|-----|--------|
| 0603A1 | Net 30 | 7/8/2004 | Holt | 6/8/2004 | Hawley | Prepaid |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 12 | AFP3000-24244 | 24x24x4 High capacity pleated filter | 4.88 | 58.56 |
| 24 | AFP2000-01499 | 20 x 22.25 x 1 Standard capacity pleated filter | 2.33 | 55.92 |
| 24 | AFP2000-04299 | 16 x 16 x 4 Standard Capacity Pleated filter | 6.00 | 144.00 |
| 180 | AFP2000-24244 | 24x24x4 Standard capacity pleated filter | 4.56 | 820.80 |
| 1,800 | AFP2000-24242 | 24x24x2 Standard capacity pleated filter | 2.44 | 4,392.00 |
| 24 | AFP2000-14241 | 14x24x1 Standard capacity pleated filter | 3.20 | 76.80 |
| 24 | AFP2000-01499 | 14x30x1 Standard capacity pleated filter | 3.62 | 86.88 |
| 12 | AFP2000-16242 | 16x24x2 Standard capacity pleated filter | 2.28 | 27.36 |
| 120 | AFP2000-10201 | 10x20x1 Standard capacity pleated filter | 1.38 | 165.60 |
| 240 | AFP2000-12242 | 12x24x2 Standard capacity pleated filter | 1.62 | 388.80 |
| 10 | AFP95S-4412 | 24x24x12 95% UL2 synthetic rigid box filter | 32.44 | 324.40 |
| 12 | AFP2000-01399 | 17x20x1 Standard capacity pleated filter | 3.20 | 38.40 |

| | **Total** | **$6,579.52** |
|--|-----------|---------------|

*THANK YOU FOR YOUR BUSINESS!*

*Past due invoices are subject to a 1-1/2% service charge per month (18% per annum)*

| Phone # | Fax # |
|---------|-------|
| 919-975-0240 | 919-975-0250 |



**airflow products company**
**Air FLOW**
INCORPORATED

**100 OAK TREE DRIVE**
**SELMA, NC 27576**

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/8/2004 | 6342 |

**REMIT TO:**
**PO Box 890328**
**CHARLOTTE, NC 28289-0328**

| Bill To | Ship To |
|---------|---------|
| Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA 01364 | Boston Filter Co., Inc.<br>131 West Main Street<br>Orange, MA 01364 |

| P.O. Number | Terms | Due Date | Rep | Ship Date | Via | F.O.B. |
|-------------|-------|----------|-----|-----------|-----|--------|
| 0604A1 | Net 30 | 7/8/2004 | Holt | 6/8/2004 | Hawley | Prepaid |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 852 | AFP2000-24242 | 24x24x2 Standard capacity pleated filter | 2.44 | 2,078.88 |
| 960 | AFP2000-20252 | 20x25x2 Standard capacity pleated filter | 2.24 | 2,150.40 |
| 960 | AFP2000-20202 | 20x20x2 Standard capacity pleated filter | 1.96 | 1,881.60 |
| 120 | AFP2000-20242 | 20x24x2 Standard capacity pleated filter | 2.20 | 264.00 |
| 240 | AFP2000-20201 | 20x20x1 Standard capacity pleated filter | 1.80 | 432.00 |
| 240 | AFP2000-20251 | 20x25x1 Standard capacity pleated filter | 2.00 | 480.00 |
| 120 | AFP2000-16251 | 16x25x1 Standard capacity pleated filter | 1.80 | 216.00 |
| 4 | AFB895S0430... | 20x24x30 8 pkt 95% UL2 synthetic bag filter, w/<br>CAMBRIDGE HEADER & LOOPS | 24.01 | 96.04 |

| | **Total** | **$7,598.92** |
|--|-----------|---------------|

***THANK YOU FOR YOUR BUSINESS!***

***Past due invoices are subject to a 1-1/2% service charge per***
***month (18% per annum)***

| Phone # | Fax # |
|---------|-------|
| 919-975-0240 | 919-975-0250 |