EXHIBIT "C"

**Airflow Products Company, Inc.**
**100 Oak Tree Drive**
**Selma, NC  27576**

| Phone # | 919-975-0240 |
| Fax # | 919-975-0250 |

# Statement

| Date |
| --- |
| 9/23/2004 |

To:

**Boston Filter Co., Inc.**
**131 West Main Street**
**Orange, MA  01364**

If you have any questions concerning your statement, please call Ann Hatcher Accounts Receivable at (919) 975-0240

| Amount Due | Amount Enc. |
| --- | --- |
| $86,722.90 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 12/31/2003 | Balance forward | | 45,349.01 |
| 01/19/2004 | INV #4622 | 10,918.04 | 56,267.05 |
| 01/19/2004 | INV #4487-02 | 842.40 | 57,109.45 |
| 01/19/2004 | INV #4652 | 241.20 | 57,350.65 |
| 01/29/2004 | PMT #826124356 | -5,000.00 | 52,350.65 |
| 02/02/2004 | CREDMEM #3291CR2 | -310.40 | 52,040.25 |
| 02/06/2004 | INV #4906 | 10,488.64 | 62,528.89 |
| 02/06/2004 | INV #4622-01 | 105.60 | 62,634.49 |
| 02/06/2004 | INV #4937 | 3,671.60 | 66,306.09 |
| 02/10/2004 | INV #4906REP | 475.20 | 66,781.29 |
| 02/10/2004 | INV #4995 | 42.48 | 66,823.77 |
| 02/19/2004 | INV #5046 | 10,519.44 | 77,343.21 |
| 02/19/2004 | INV #5089 | 8,332.96 | 85,676.17 |
| 03/01/2004 | CREDMEM #4906CR | -523.20 | 85,152.97 |
| 03/01/2004 | CREDMEM #4937CR | -950.40 | 84,202.57 |
| 03/15/2004 | PMT #920894501 | -5,768.04 | 78,434.53 |
| 03/26/2004 | INV #5454 | 1,275.60 | 79,710.13 |
| 03/26/2004 | INV #5511 | 7,344.24 | 87,054.37 |
| 03/26/2004 | INV #5453 | 9,735.32 | 96,789.69 |
| 05/06/2004 | INV #5754 | 21,139.15 | 117,928.84 |
| 05/10/2004 | PMT #503721326 | -50,479.77 | 67,449.07 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 0.00 | 14,178.44 | 72,544.46 | $86,722.90 |

**Airflow Products Company, Inc.**

**100 Oak Tree Drive**
**Selma, NC  27576**

| Phone # | 919-975-0240 |
|---|---|
| Fax # | 919-975-0250 |

## Statement

| Date |
|---|
| 9/23/2004 |

To:

**Boston Filter Co., Inc.**
131 West Main Street
Orange, MA  01364

If you have any questions concerning your statement, please call Ann Hatcher Accounts Receivable at (919) 975-0240

| | Amount Due | Amount Enc. |
|---|---|---|
| | $86,722.90 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 05/18/2004 | INV #6090 | 4,672.68 | 72,121.75 |
| 05/18/2004 | INV #6073 | 15,318.60 | 87,440.35 |
| 05/18/2004 | PMT #833808038 | -4,294.88 | 83,145.47 |
| 05/25/2004 | INV #6197 | 12,181.21 | 95,326.68 |
| 05/25/2004 | INV #6203 | 5,764.08 | 101,090.76 |
| 06/01/2004 | PMT #731138775 | -5,000.00 | 96,090.76 |
| 06/08/2004 | INV #6330 | 6,579.52 | 102,670.28 |
| 06/08/2004 | INV #6342 | 7,598.92 | 110,269.20 |
| 06/14/2004 | CREDMEM #6197CR | -58.56 | 110,210.64 |
| 06/14/2004 | CREDMEM #6090CR | -188.16 | 110,022.48 |
| 06/22/2004 | PMT #709465064 | -4,315.44 | 105,707.04 |
| 06/29/2004 | PMT #709899893 | -4,984.14 | 100,722.90 |
| 07/21/2004 | PMT #566597376 | -3,000.00 | 97,722.90 |
| 08/11/2004 | PMT #172032395 | -2,500.00 | 95,222.90 |
| 09/07/2004 | PMT #042084580 | -6,500.00 | 88,722.90 |
| 09/17/2004 | PMT #014137263 | -2,000.00 | 86,722.90 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 14,178.44 | 72,544.46 | $86,722.90 |