UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AIRFLOW PRODUCTS COMPANY, INC. )
)
    Plaintiff )
)
v. ) Civil Action No.
)
BOSTON FILTER CO., INC. ) 04cv12193 REK
)
    Defendant )
)
and )
)
FLEET BANK )
)
    Trustee )

**PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY
RESTRAINING ORDER**

COMES NOW, the Plaintiff, Airflow Products Company, Inc., by and through counsel, and pursuant to Rule 65 of the Federal Rules of Civil Procedure, moves this Honorable Court, ex parte, for a temporary restraining order, restraining the Defendant, Boston Filter Co., Inc. and its agents, servants, successors, assigns, attorneys and/or representatives from selling, assigning, transferring, releasing, diminishing, withdrawing, encumbering, conveying or disposing of in any manner any property real, personal or mixed of any nature whatsoever in which Boston Filter Co., Inc. holds an interest of any nature whatsoever, wherever situated, including but not limited to all accounts, property, personal property, and any and all monies, funds, goods, effects or credits of Boston Filter Co., Inc. unless and until Airflow Products Company, Inc. has been paid the monies sought in this action, or until further order of this Court.

LAW OFFICES OF
ROBERT PHILIP HILSON
A PROFESSIONAL CORP.
175 DERBY STREET
SUITE 12
HINGHAM, MA
02043

(781) 740-4118

As grounds therefore, the Plaintiff states that there is a clear danger that the Defendant, Boston Filter Co., Inc., if notified in advance of this Motion for Temporary Restraining Order, will attempt to transfer its assets, real personal or mixed so as to avoid satisfying its financial obligations to the Plaintiff, Air Flow Products Company, Inc.

In further support thereof, the Plaintiff directs the Court's attention to the Plaintiff's Verified Complaint and the Plaintiff's Affidavit in Support of Ex Parte Motion for Temporary Restraining Order, filed herewith.

AIRFLOW PRODUCTS COMPANY, INC.

By its attorneys,

Date: 10.20.04

Robert Philip Hilson (BBO #547899)
Law Offices of Robert Philip Hilson
A Professional Corporation
175 Derby Street, Suite 12
Hingham, Massachusetts 02043
(781) 740-4118

f:\wp61\docs\air-bos.tro

LAW OFFICES OF
ROBERT PHILIP HILSON
A PROFESSIONAL CORP.
175 DERBY STREET
SUITE 12
HINGHAM, MA
02043

(781) 740-4118

2