UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AIRFLOW PRODUCTS COMPANY, INC. )
)
        Plaintiff )
)
v. ) Civil Action No. 04-12193 REK
)
BOSTON FILTER CO., INC. )
)
        Defendant )
)
and )
)
FLEET BANK )
)
        Trustee )

### PLAINTIFF'S EX PARTE MOTION FOR TRUSTEE PROCESS ATTACHMENT

COMES NOW, the Plaintiff, Airflow Products Company, Inc., by and through counsel, and moves this Honorable Court, ex parte, pursuant to Rule 4.2(g) of the Massachusetts Rules of Civil Procedure, for approval of an attachment by trustee process in the amount of $90,000.00 against goods, effects or credits held by the Trustee, Fleet Bank in the name of the Defendant, Boston Filter Co., Inc.

As grounds therefore, the Plaintiff states that there is a clear danger that the Defendant, Boston Filter Co., Inc., if notified in advance of the Plaintiff's Ex Parte Motion for Trustee Process Attachment will withdraw, sign and/or dispose of the goods, effects or credits being held by the Trustee, Fleet Bank so as to avoid satisfying its financial obligations to the Plaintiff, Airflow Products Company, Inc.

For further support, the Plaintiff respectfully directs this Court's attention to the Verified Complaint and Plaintiff's Affidavit in support of this Motion, filed herewith.

LAW OFFICES OF
ROBERT PHILIP HILSON
A PROFESSIONAL CORP.
175 DERBY STREET
SUITE 12
HINGHAM, MA
02043

(781) 740-4118

AIRFLOW PRODUCTS COMPANY, INC.

By its attorneys,

Date: 10.20.04

_____
Robert Philip Hilson (BBO #547899)
Law Offices of Robert Philip Hilson
A Professional Corporation
175 Derby Street, Suite 12
Hingham, Massachusetts 02043
(781) 740-4118

f:\wp61\docs\air-bos.tpa

LAW OFFICES OF
ROBERT PHILIP HILSON
A PROFESSIONAL CORP.
175 DERBY STREET
SUITE 12
HINGHAM, MA
02043

(781) 740-4118

2