UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
AIRFLOW PRODUCTS COMPANY, INC.,     )
       Plaintiff                    )
                                    )
       v.                           )   CIVIL ACTION
                                    )   NO. 04-12193-REK
BOSTON FILTER CO., INC.,            )
       Defendant                    )
                                    )
and                                 )
                                    )
FLEET BANK,                         )
       Trustee                      )
_____ )

**Temporary Restraining Order**
October 20, 2004

      This matter having come before this court on the Plaintiff's Ex Parte Motion for Temporary Restraining Order and the court having carefully considered the plaintiff's submissions, the court hereby orders as follows:

      The defendant, Boston Filter Co., Inc., and its agents, servants, successors, assigns, attorneys and/or representatives are hereby restrained and enjoined from selling, assigning, transferring, releasing, diminishing, withdrawing, encumbering, conveying or disposing of in any matter any property real, personal or mixed of any nature whatsoever in which Boston Filter Co., Inc., holds an interest of any nature whatsoever, wherever situated, including but not limited to all accounts, property, personal property, and any and all monies, funds, goods, effects or credits of Boston Filter Co., Inc., unless and until Airflow Products Company, Inc., has been paid the monies sought in this action, or until further Order of this court.

Plaintiff is excused from posting a bond in this matter.

If either the defendant or Fleet Bank wishes to contest this Order or to seek a modification of any of its terms and files an appropriately supported request for a hearing, the Clerk is directed to schedule a prompt hearing.

So ordered.

                                                    _____/s/Robert E. Keeton_____

                                                              Robert E. Keeton
                                      Senior United States District Judge