AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

AIRFLOW PRODUCTS COMPANY, INC.
        Plaintiff

V.

BOSTON FILTER CO., INC.
        Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04 CV 12193 REK

TO: (Name and address of Defendant)

Boston Filter Co., Inc.
131 West Main Street
Orange, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert Philip Hilson, Esq.
175 Derby Street
Hingham, MA 02043

an answer to the complaint which is served on you with this summons, within ___twentu (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK      [signature]                      OCT 20 2004

(By) DEPUTY CLERK                    DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  OCTOBER 22, 2004    10:20 AM |
| NAME OF SERVER (PRINT)  Richard O. Guy | TITLE  Deputy Sheriff - Franklin County |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
    Person IN CHARGE
        IN HAND

Boston Filter Co. Inc
131 West Main St   (Third Floor)
Orange, MA   01364

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

X Name of person with whom the summons and complaint were left:   ROBIN   FASSNOCHT
        Off. Mge.

☐ Returned unexecuted:

```
            FEE
        Service  $  30.00
        Copy         5.00
        Trsavel     12.16
        Convey       4.50
        Total    $  51.66
```

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/22/04     _[signature] Richard O. Guy_
        Date         Signature of Server
        10:20AM

Richard O. Guy
Deputy Sheriff  Franklin County
*Address of Server*

Service Included  Civil Action Sheet;- Verfied Complaint:- Plaintiff's Ex Parte Motion for Trustee Attach.:-  Plaintiff's Ex Parte Motion For Temp. Restraing Order:- Plaintiff's Affid. in Support of Ex Parte Motion For Trustee Process Attach. & Temp. Restraining Order:- Temp. Restraining Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.