UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AIRFLOW PRODUCTS COMPANY, INC. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>BOSTON FILTER CO., INC. and )<br>JOHN PAUL )<br>)<br>Defendants )<br>)<br>and )<br>)<br>FLEET BANK )<br>)<br>Trustee ) | Civil Action No. 04-CV-12193-REK |

### REQUEST FOR DEFAULT; BOSTON FILTER CO., INC.
(Rule 55(a))

I, Robert Philip Hilson, attorney for the above-named Plaintiff, Airflow Products Company, Inc., state that the Complaint in this action was filed on October 20, 2004, and the Summons and a copy of the Complaint were served upon Defendant, Boston Filter Co., Inc. on October 22, 2004, as it appears from the officer's return, and that the Defendant, Boston Filter Co., Inc. herein has failed to serve a responsive pleading or to otherwise defend as provided by rule.

Therefore, I request that default be entered against Defendant, Boston Filter Co., Inc., in this action.

Signed under the pains and penalties of perjury.

LAW OFFICES OF
ROBERT PHILIP HILSON
A PROFESSIONAL CORP.
175 DERBY STREET
SUITE 12
HINGHAM, MA
02043

(781) 740-4118

AIRFLOW PRODUCTS COMPANY, INC.

By its attorney,

Date: 11.11.04

Robert Philip Hilson
Law Offices of Robert Philip Hilson
A Professional Corporation
175 Derby Street, Suite 12
Hingham, Massachusetts 02043
(781) 740-4118
BBO #547899

## CERTIFICATE OF SERVICE

    I, Robert Philip Hilson, counsel to the Plaintiff herein, hereby certify that I served a true copy of the within Request for Default; Boston Filter Co., Inc., upon the Defendant, Boston Filter Co., Inc., c/o John Paul, President, 131 West Main Street, Orange, MA 01364, by mailing a true copy thereof, by first-class mail, postage prepaid, on the date set forth below.

Date: 11.11.04

Robert Philip Hilson

f:\wp61\docs\air-bos.def

LAW OFFICES OF
ROBERT PHILIP HILSON
A PROFESSIONAL CORP.
175 DERBY STREET
SUITE 12
HINGHAM, MA
02043

(781) 740-4118

2