AO 440 (Rev. 8/01) Summons in a Civil Action

C
05159

# UNITED STATES DISTRICT COURT

Eastern                                District of    Massachusetts

AIRFLOW PRODUCTS COMPANY, INC.
        Plaintiff

V.                                     **SUMMONS IN A CIVIL ACTION**

BOSTON FILTER CO., INC.                04CV12193 REK
        Defendant                      CASE NUMBER:


TO: (Name and address of Defendant)   John Paul
                                      131 West Main Street
                                      Orange, Massachusetts


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert Philip Hilson, Esq.
Law Offices of Robert Philip Hilson
175 Derby Street, Suite 12
Hingham, Massachusetts  02043


an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK                                  OCT 20 2004

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE Nov. 8, 2004 |
| NAME OF SERVER *(PRINT)* Richard O. Guy | TITLE Deputy Sherifff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

    Place Of Business  In Hand of Bus Off Mgr. Robin Fausnot

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

FEE
Service $ 20.00
Copy  5.00
Travel 12.16
Convey  4.50

Total $ 41.66

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Nov. 8, 2004
     Date

*Signature of Server*
Richard O. Guy
Deputy Sheriff   Franklin County

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.