UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AIRFLOW PRODUCTS COMPANY, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 04CV12193REK |
| ) | |
| BOSTON FILTER CO., INC. ) | |
| ) | |
| Defendant ) | |
| ) | |
| and ) | |
| ) | |
| FLEET BANK ) | |
| ) | |
| Trustee ) | |

## STIPULATION OF VOLUNTARY DISMISSAL

COMES NOW, the Plaintiff, Airflow Products Company, Inc., by and through counsel, and hereby stipulates to the dismissal of its claims against John Paul only in the above-captioned matter, without prejudice.

AIRFLOW PRODUCTS COMPANY, INC.

By its attorney,

Date: 12·13·4

Robert Philip Hilson (BBO #547899)
Law Offices of Robert Philip Hilson
A Professional Corporation
175 Derby Street, Suite 12
Hingham, Massachusetts 02043
(781) 740-4118

LAW OFFICES OF
ROBERT PHILIP HILSON
A PROFESSIONAL CORP.
175 DERBY STREET
SUITE 12
HINGHAM, MA
02043

(781) 740-4118

## CERTIFICATE OF SERVICE

I, Robert Philip Hilson, counsel to the Plaintiff, Airflow Products Company, Inc., hereby certify that I served a true copy of the within Stipulation of Voluntary Dismissal upon Edwin H. Howard, Esq., Bonville & Howard, 154 Prichard Street, P.O. Box 7654, Fitchburg, MA 01420, by mailing a true copy thereof, first-class mail, postage prepaid on the date set forth below.

Date: 12·13·4

_____
Robert Philip Hilson

F:\WP61\DOCS\AIR-BOS.SD2

LAW OFFICES OF
ROBERT PHILIP HILSON
A PROFESSIONAL CORP
175 DERBY STREET
SUITE 12
HINGHAM, MA
02043

(781) 749-4118

2