UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AIRFLOW PRODUCTS COMPANY, INC. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>BOSTON FILTER CO., INC. )<br>)<br>Defendant )<br>)<br>and )<br>)<br>FLEET BANK )<br>)<br>Trustee ) | Civil Action No. 04CV12193REK |

## DISCHARGE OF TRUSTEE

COMES NOW, the Plaintiff, Airflow Products Company, Inc., by and through counsel, and the Defendant, Boston Filter Co., Inc., by and through counsel, and hereby stipulate that the Trustee, Fleet Bank is authorized to forward a check to Plaintiff's counsel, payable to "Airflow Products Company, Inc." in the amount of $9,807.51, the sum previously attached in the above-captioned matter by means of Trustee Process Attachment, and more specifically a Summons to Trustee dated October 20, 2004.

LAW OFFICES OF
ROBERT PHILIP HILSON
A PROFESSIONAL CORP.
175 DERBY STREET
SUITE 12
HINGHAM, MA
02043

(781) 740-4100

AIRFLOW PRODUCTS COMPANY, INC.

By its attorney,

Date: 12-13-4

Robert Philip Hilson (BBO #547899)
Law Offices of Robert Philip Hilson
A Professional Corporation
175 Derby Street, Suite 12
Hingham, Massachusetts 02043
(781) 740-4118

BOSTON FILTER CO., INC.

By its attorney,

Date: 12/10/04

Edwin H. Howard, Esq.
Bonville & Howard
154 Prichard Street
P.O. Box 7654
Fitchburg, MA  01420
(978) 345-4144

F:\WP61\DOCS\AIR-BOS.DI2

LAW OFFICES OF
ROBERT PHILIP HILSON
A PROFESSIONAL CORP.
175 DERBY STREET
SUITE 12
HINGHAM, MA
02043

(781) 740-4118

2