UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AIRFLOW PRODUCTS COMPANY, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 04CV12193REK |
| ) | |
| BOSTON FILTER CO., INC. ) | |
| ) | |
| Defendant ) | |
| ) | |
| and ) | |
| ) | |
| FLEET BANK ) | |
| ) | |
| Trustee ) | |

## AGREEMENT FOR JUDGMENT

COMES NOW, the Plaintiff, Airflow Products Company, Inc., by and through counsel, and the Defendant, Boston Filter Co.,Inc., by and through counsel, and hereby stipulate to entry of an Agreement for Judgment in favor of the Plaintiff, Airflow Products Company, Inc. against the Defendant, Boston Filter Co., Inc. in the sum of $81,000.00, without interest, without costs, without attorneys' fees, and with all rights of appeal waived.

Execution to issue forthwith.

AIRFLOW PRODUCTS COMPANY, INC.

By its attorney,

Date: 12.13.4

Robert Philip Hilson (BBO #547899)
Law Offices of Robert Philip Hilson
A Professional Corporation
175 Derby Street, Suite 12
Hingham, Massachusetts 02043
(781) 740-4118

LAW OFFICES OF
ROBERT PHILIP HILSON
A PROFESSIONAL CORP.
175 DERBY STREET
SUITE 12
HINGHAM, MA
02043

(781) 740-4118

BOSTON FILTER CO., INC.

By its attorney,

Date: 12/10/04

Edwin H. Howard, Esq.
Bonville & Howard
154 Prichard Street
P.O. Box 7654
Fitchburg, MA  01420
(978) 345-4144

F:\WP61\DOCS\AIR-BOS.AJ2

LAW OFFICES OF
ROBERT PHILIP HILSON
A PROFESSIONAL CORP.
175 DERBY STREET
SUITE 12
HINGHAM, MA
02043

(781) 740-4118