LAW OFFICES OF
## ROBERT PHILIP HILSON
A PROFESSIONAL CORPORATION
175 DERBY STREET, SUITE 12
HINGHAM, MASSACHUSETTS 02043

ROBERT PHILIP HILSON
REBECCA DALPE
BRIDGET A. WILKINSON

(781) 740-4118

August 17, 2005

Civil Clerk
United States District Court
District of Massachusetts
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:  Airflow Products Company, Inc.
VS:  Boston Filter Co., Inc.
      United States District Court,
      District of Massachusetts
NO:  Civil Action No. 04-CV-12193-REK

Dear Sir or Madam:

Recently my office filed an Agreement for Judgment in favor of our client, Airflow Products Company, Inc. against the Defendant, Boston Filter Co., Inc. in the above-referenced matter.

I am writing to request that your office forward an Execution in the amount of $21,915.39 as requested in my letter of July 19, 2005.

Thank you for your anticipated courtesy and cooperation.

Very truly yours,

Robert Philip Hilson

RPH/ph

cc:   Roy Boswell

F:\WP61\LETTERS\AIR-FL.AFJ